UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:09-CR-130-LJM-KPF |
| ) | |
| RICKIE L. RAREY, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

INTRODUCTION

The Grand Jury charges that:

At all times relevant to this Indictment:

1. The term "minor" was defined as set forth in Title 18, United States Code, Section 2256(1), as any person under the age of eighteen years.

2. The term "sexually explicit conduct" was defined as set forth in Title 18, United States Code, Section 2256(2), as including actual or simulated: sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal; masturbation; lascivious exhibition of the genitals or pubic area of any person; and sadistic or masochistic abuse.

3. The term "visual depiction" was defined as set forth in Title 18, United States Code, Section 2256(5), as including data stored on a computer disk or by electronic means which is capable of conversion into a visual image.

4. As used in this Indictment, the names "Jane Doe 1" and "Jane Doe 2" are the pseudonyms of two minor females. Jane Doe 1 was born in 2002. Jane Doe 2 was born in 2000.

The Grand Jury charges that:

## Count One
### (Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)

5. On or about December 12, 2008, within the Southern District of Indiana, the defendant, RICKIE L. RAREY, did employ, use, persuade, entice, or coerce a minor, to wit: JANE DOE 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did produce the visual depiction(s) using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, in violation of 18 U.S.C. § 2251(a), to wit:

  i. 1212081739.jpg

  ii. 1212081741.jpg

  iii. 1212081743a.jpg

  iv. 1212081744.jpg

  v. 1212082000.jpg

  vi. 1212082004.jpg

## Count Two
### (Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)

6. On or about December 13, 2008, within the Southern District of Indiana, the defendant, RICKIE L. RAREY, did employ, use, persuade, entice, or coerce a minor, to wit: JANE DOE 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did produce the visual depiction(s) using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, in violation of 18 U.S.C. § 2251(a), to wit:

      i.      1213081906.jpg

      ii.     1213081918.jpg

      iii.    1213081919.jpg

**<u>Count Three</u>**
**(Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)**

7.    On or about February 24, 2009, within the Southern District of Indiana, the defendant, RICKIE L. RAREY, did employ, use, persuade, entice, or coerce a minor, to wit: JANE DOE 2, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did produce the visual depiction(s) using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, in violation of 18 U.S.C. § 2251(a), to wit:

      i.      0224091938a.jpg

      ii.     0224091938b.jpg

      iii.    0224091939.jpg

      iv.    0224091939a.jpg

      v.     0224091939b.jpg

      vi.    0224091940.jpg

      vii.   0224091941.jpg

      viii.  0224091941a.jpg

      ix.    0224091943.jpg

      x.     0224091943a.jpg

      xi.    0224091945.jpg

      xii.    0224091945a.jpg

      xiii.    0224091946.jpg

      xiv.    0224091946a.jpg

      xv.    0224091949.jpg

      xvi.    0224091949a.jpg

## Count Four
### (Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)

8. On or about February 24, 2009, within the Southern District of Indiana, the defendant, RICKIE L. RAREY, did employ, use, persuade, entice, or coerce a minor, to wit: JANE DOE 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did produce the visual depiction(s) using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, in violation of 18 U.S.C. § 2251(a), to wit:

      i.    0224091949.jpg

## Count Five
### (Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)

9. On or about March 1, 2009, within the Southern District of Indiana, the defendant, RICKIE L. RAREY, did employ, use, persuade, entice, or coerce a minor, to wit: JANE DOE 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did produce the visual depiction(s) using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, in violation of 18 U.S.C. § 2251(a), to wit:

      i.    0301091518.jpg

  ii.  0301091519.jpg

  iii.  0301091519a.jpg

  iv.  0301091519b.jpg

  v.  0301090757.jpg

**Count Six**
**(Sexual Exploitation of Children/Production of Sexually Explicit Images of a Minor)**

  10.  On or about March 15, 2009, within the Southern District of Indiana, the defendant, RICKIE L. RAREY, did employ, use, persuade, entice, or coerce a minor, to wit: JANE DOE 1, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct, and did produce the visual depiction(s) using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, in violation of 18 U.S.C. § 2251(a), to wit:

  i.  0315091857b.jpg

  ii.  0315091858b.jpg

  iii.  0315091859.jpg

  iv.  0315091902.jpg

  v.  0315091902a.jpg

## Count Seven
### (Penalties for Registered Sex Offenders)

11. The Grand Jury further alleges that the defendant, RICKIE L. RAREY, committed the felony offenses involving a minor charged in Counts One through Six of this Indictment at times defendant RICKIE L. RAREY was required to register as a sex offender under the law of the State of Indiana, in violation of 18 U.S.C. § 2260A.

## SPECIAL ALLEGATION

### Prior Sex Offense Convictions

12.     The Grand Jury further alleges that the defendant, RICKIE L. RAREY, has prior convictions under the laws of the State of Indiana relating to aggravated sexual abuse, sexual abuse, or abusive sexual contact involving a minor, that is, in Bartholomew County, Indiana, cause number 03C01-9303-CF-279, on or about March 10, 1994, the defendant was convicted and sentenced on three counts of Child Molesting, violating Indiana Code § 35-42-4-3, involving allegations that, on three separate occasions corresponding to the three counts of which the defendant was convicted and sentenced, the defendant did fondle or touch the body of a child under twelve years of age with the intent to arouse or satisfy the sexual desire of either the child or himself, by rubbing the child's vagina, which crimes constitute prior sex offense convictions for purposes of Title 18, United States Code, Section 2251(e), and are prior sex convictions in which a minor was the victim, for the purposes of Title 18, United States Code, Section 3559(e)(1).

## FORFEITURE
## 18 U.S.C. § 2253

The allegations in Counts 1 through 7 of this Indictment are re-alleged as if fully set forth here, for the purpose of giving the defendant notice that the United States intends to pursue forfeiture of property pursuant to Title 18, United States Code, Section 2253 as part of any sentence imposed herein.

If convicted of one or more of the offenses set forth in Counts 1 through 7, the defendant RICKIE L. RAREY shall forfeit to the United States the defendant's interest in: 1) any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110; 2) any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from offense(s) of which the defendant is convicted; and 3) any property, real or personal, used or intended to be used to commit or to promote the commission of any offense of which the defendant is convicted, or any property traceable to such property.

A TRUE BILL:

FOREPERSON

TIMOTHY M. MORRISON
United States Attorney

by: _____
A. Brant Cook
Assistant United States Attorney