# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:09-cr-130-LJM-KPF |
| ) | |
| RICKIE L. RAREY, ) | |
| ) | |
| Defendant. ) | |

## PETITION TO ENTER A PLEA OF GUILTY
## and
## REQUEST FOR PRESENTENCE INVESTIGATION

Defendant, individually and by counsel, petitions the court for leave to withdraw the plea of not guilty and enter a plea of guilty to Counts 1 and 3 of the Indictment. Defendant represents to the Court as follows:

1. My full true name is Rickie L. Rarey.

2. I have graduated from high school, and I can read, write and understand the English language.

3. I have received a copy of the Indictment. I have read the Indictment and discussed it with my attorney, and I believe I understand the charges brought against me in this case.

4. I understand that the maximum statutory punishment for Counts 1 and 3 is life imprisonment without parole.

5. I understand that I will be ordered, at the time of sentencing, to pay a Special Assessment of $100 per count of conviction.

6. I understand that I may have to pay a fine.

7. I understand that I have the right to be represented by an attorney at every stage of this legal proceeding even if I am without means to retain an attorney.

8. I understand that I have a right to plead "Not Guilty," or to persist in a "Not Guilty" plea already made, and that if I choose to plead "Not Guilty" the Constitution guarantees me:

> _JR_ (a) the right to a speedy and public trial by jury in the district in which I am charged;
>
> _JR_ (b) the right to confront and cross-examine adverse witnesses;
>
> _JR_ (c) the right to use the power and the process of the Court to compel the production of any evidence, including the attendance of any witnesses in my favor, at my trial;
>
> _JR_ (d) the right to the assistance of counsel at every stage of the proceedings, including an appeal if need be;
>
> _JR_ (e) the right to remain silent, including a right not to be compelled to testify at my trial;
>
> _JR_ (f) the right to testify in my own defense at the trial; and
>
> _JR_ (g) a right to appeal my conviction and my sentence to a higher court even if I am financially unable to pay the cost of an appeal.

9. I understand that if my plea of guilty is accepted by the Court there will not be a trial of any kind and that by pleading guilty I waive my right to a trial.

10. I declare that no one has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I would receive a lighter sentence or any other consideration if I would plead "Guilty," and no person has made any threats

against me if I exercise my right to go to trial.

11. I declare that I offer my plea of "Guilty" freely and voluntarily and of my own accord.

12. I waive the reading of the Indictment in open court, I waive formal arraignment, and I request the Court to accept and enter now my plea of "Guilty" to Counts 1 and 3 of the Indictment.

13. I request a presentence investigation by the probation office of this Court to be commenced immediately. I consent to the review of my presentence report by the judge, by my attorney and by counsel for the government prior to the acceptance of my plea of guilty by the Court.

Dated: 11-17-2009

Rickie L. Rarey

Dated: 11/24/09

James C. McKinley
Indiana Federal Community Defenders, Inc.
111 Monument Circle, Suite 752
Indianapolis, IN. 46204-5172
(317) 383-3520
Attorney for Defendant

### CERTIFICATE OF SERVICE

I certify a copy of the foregoing Petition to Enter a Plea of Guilty was personally served on Brant Cook of the office of the United States Attorney for the Southern District of Indiana, Nov. 24, 2009.

James C. McKinley

3