UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

FEB 12 2010

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:09-CR-130-LJM-KPF |
| ) | |
| RICKIE L. RAREY, ) | |
| ) | |
| Defendant. ) | |

## STIPULATED FACTUAL BASIS

The Government, by and through Timothy M. Morrison, United States Attorney, and A. Brant Cook, Assistant United States Attorney, and the Defendant, RICKIE L. RAREY ("RAREY"), by counsel, James C. McKinley, file this Stipulated Factual Basis of the Parties:

On April 19, 2009, a report was made to the Indiana Department of Children's Services (DCS) that JANE DOE 2, a minor female less than ten (10) years of age, had been molested by RAREY. The custodial parent of JANE DOE 2 allowed RAREY to babysit JANE DOE 2, as well as her other minor children, including at his home and on overnight stays.

On April 20, 2009, JANE DOE 2 was interviewed by Detective Chris Roberts of the Bartholomew County Sheriff's Department. JANE DOE 2 disclosed that RAREY had touched

her on her genitals and breasts and that he had given her and her younger sister, JANE DOE 1, baths at his residence.

On April 28, 2009, JANE DOE 1 was interviewed by Det. Roberts. JANE DOE 1 is a minor female currently under ten (10) years of age. JANE DOE 1 stated that she and her siblings are frequently babysat by RAREY and that she refers to RAREY as "dad". JANE DOE 1 disclosed that RAREY had touched her breasts and genitals, both over and under her clothing, and that she had witnessed RAREY doing the same to JANE DOE 2. JANE DOE 1 also disclosed that RAREY had videotaped her in the bathtub and taken pictures of her on his cell phone.

On May 05, 2009, a search warrant was obtained by the Bartholomew County Sheriff's Department through the Bartholomew County Superior Court for the search of RAREY's residence in Columbus, Indiana, and the seizure of RAREY's cell phone, as described by JANE DOE 1, and RAREY's laptop computer. The search warrant was executed that same day and a cell phone and laptop computer belonging to RAREY were seized.

In late June 2009, Detective Robert Simpson of the Indiana State Police (ISP), who is detailed to the FBI Cyber Crime Task Force, was requested to do a forensic preview of RAREY's laptop computer. During the course of his forensic preview, Det. Simpson discovered numerous images depicting sexually explicit conduct involving a minor female readily identifiable as JANE DOE 1.

On July 1, 2009, Detectives Greg Duke and Chris Roberts of the Bartholomew County Sheriff's Department interviewed RAREY at his new residence in Bloomington, Indiana. RAREY was advised of his rights pursuant to *Miranda v. Arizona* and agreed to speak with them. RAREY was shown many of the nude images of JANE DOE 1 recovered from his computer. RAREY admitted to having taken the images on his cell phone camera and then transferring them to his laptop computer. RAREY also admitted to having touched JANE DOE 1 on her vagina on more than one occasion. RAREY consented to the seizure of another cell phone, an LG-brand "enV" cell phone, with which he stated he had produced images of sexually explicit conduct of JANE DOE 1. RAREY denied producing images of JANE DOE 2 engaged in sexually explicit conduct. RAREY was taken into custody.

Federal search warrants were obtained to authorize a search of each of Rarey's cell phones, as well as a memory card that was in his laptop computer when it was seized. Additional sexually explicit images of JANE DOE 1 were discovered, as well as images of her sister, JANE DOE 2. Based on the forensic review of these items, it was determined that many of the sexually explicit images of JANE DOE 1 were produced on or about December 12, 2008, within the Southern District of Indiana. It was similarly determined that many of the sexually explicit images of JANE DOE 2 were produced on or about February 24, 2009, within the Southern District of Indiana.

All of the images of sexually explicit conduct of JANE DOES 1 and 2 were produced using the LG-brand "enV" cell phone camera surrendered by RAREY on July 1, 2009. LG-brand "enV" cell phones are manufactured outside of the State of Indiana.

In October 1993, RAREY pled guilty to three (3) counts of Child Molestation, a Class "C" Felony, in the Bartholomew County, Indiana, Circuit Court, for molesting a minor female under twelve (12) years of age by rubbing her vagina on three separate occasions, in violation of Indiana Criminal Code 35-42-4-3. RAREY is a registered sex offender through the current date.

Respectfully submitted,

TIMOTHY M. MORRISON
United States Attorney

By: _____
A. Brant Cook
Assistant United States Attorney

_____
RICKIE L. RAREY
Defendant

_____
James C. McKinley
Counsel for Defendant